```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHAWN ALEXANDER POWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID E. ORTIZ, et al.,<br><br>        Defendants. | No. 20-cv-5985 (NLH) (MJS)<br><br>OPINION |

APPEARANCES:

Shawn Alexander Powell
70439-056
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN  47808

    Plaintiff Pro se

HILLMAN, District Judge

    Plaintiff Shawn Alexander Powell seeks to file a complaint and request for temporary injunction against various employees of FCI Fort Dix, New Jersey.  ECF No. 1.

    Plaintiff asks this Court to order prison officials at FCI Fort Dix, New Jersey to provide him with administrative grievance forms, stationary items, access to the law library, and medical services.  ECF No. 1.  However, these requests are now moot as Plaintiff has been transferred to FCI Terre Haute,

1

Indiana.  See Find an Inmate, available at https://www.bop.gov/inmateloc/# (last visited Jan. 18, 2022).

"It is axiomatic that the federal courts may not decide an issue unless it presents a live case or controversy."  Abdul-Akbar v. Watson, 4 F.3d 195, 206 (3d Cir. 1993).  "An inmate's transfer from the facility complained of generally moots the equitable and declaratory claims."  Sutton v. Rasheed, 323 F.3d 236, 248 (3d Cir. 2003), as amended (May 29, 2003).  Plaintiff's complaint only seeks injunctive relief; therefore, this Court cannot order meaningful relief from Fort Dix officials since Plaintiff is no longer incarcerated in that prison.  Any further relief must be sought from Terre Haute prison officials or the district court with jurisdiction over that facility.  The complaint will be dismissed as moot.

An appropriate order follows.


Dated: January 18, 2022            s/ Noel L. Hillman
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.